E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1438-GHK (MANx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | *Ramiro Lopez v. Bank of America and Recontrust Company, N.A.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Motion to Dismiss; [8]

This matter is before the Court on Defendants Bank of America and Recontrust Company, N.A.'s (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"). Plaintiff Ramiro Lopez ("Plaintiff") failed to file an Opposition to this Motion. We have considered the papers filed in support of this Motion, and deem this matter appropriate for resolution without oral argument. L.R. 7-15. Accordingly, we rule as follows.

**I.   Legal Standard**

In order to survive dismissal for failure to state a claim, a complaint must set forth "more than labels and conclusions" or a "formulaic recitation of the elements of a cause of action"; it must contain factual allegations sufficient to "state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 570 (2007). This pleading standard is not satisfied by "'naked assertion[s]' devoid of 'further factual enhancement'" or "an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Twombly*, 550 U.S. at 557). "In sum, for a complaint to survive a motion to dismiss, the non-conclusory factual content, and reasonable inferences from that content, must be plausibly suggestive of a claim entitling the plaintiff to relief." *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 969 (9th Cir. 2009) (internal quotation marks omitted).

In considering a motion to dismiss, we must accept the allegations of the complaint as true and construe them in the light most favorable to the plaintiff. *Cousins v. Lockyer*, 568 F.3d 1063, 1067 (9th Cir. 2009). We need not accept as true, however, legal conclusions "cast in the form of factual allegations." *W. Mining Council v. Watt*, 643 F.2d 618, 624 (9th Cir. 1981). Claims should be dismissed only when there is either a "lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1990).

**II.   Plaintiff's Non-Opposition to HSBC's Motion**

The deadline for a timely Opposition to Defendants' Motion has passed, and Plaintiff has failed to file any Opposition. *See* L.R. 7-9. Local Rule 7-12 provides:

E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1438-GHK (MANx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | *Ramiro Lopez v. Bank of America and Recontrust Company, N.A.* | | |

> **Failure to File Required Papers**. The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

Thus, pursuant to L.R. 7-12, Plaintiff's failure to file an Opposition is deemed his non-opposition to Defendants' Motion and his consent to the granting of the relief sought. *See also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995). As such, Defendants' Motion is **GRANTED**. However, we have also considered the arguments contained in Defendants' moving papers and conclude that they support granting the Motion as well.

**III.    Conclusion**

In light of the foregoing discussion, Defendants' Motion to Dismiss is hereby **GRANTED**.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |