E-FILED: 11/30/10

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ramiro Lopez* | CASE EDCV 10-1438-GHK (MANx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Bank of America and Recontrust Company, N.A.* | |
| Defendants. | |

Pursuant to the Court's November 30, 2010 Order, IT IS HEREBY ADJUDGED that Plaintiff Ramiro Lopez ("Plaintiff") claims against Defendants Bank of America and Recontrust Company, N.A. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 30, 2010

_____
GEORGE H. KING
United States District Judge